**IN THE CIRCUIT COURT**
**TWENTIETH JUDICIAL CIRCUIT**
**ST. CLAIR COUNTY, ILLINOIS**

TAMEKA LEE,                          )
                                     )
    *Plaintiff,*                   )
                                     )
vs.                                  )      Case No. 20-L-0349
                                     )
WALMART, INC.,                       )
                                     )
    *Defendant.*                   )
                                     )

## CERTIFICATE OF SERVICE

    This   is   to ·certify that a true and   correct   copy **of Plaintiff's Answers Interrogatories to and Plaintiff's Responses to Request for Production Pursuant to Supreme Court Rule 214 and 237** has been forwarded to the following counsel of record via Hand Delivery this **29TH** day of **JUNE,** 2020.

Rebecca L. Van Court, #6290952
DeFranco & Bradley, P.C.
Attorneys at Law
141 Market Place, Suite 104
Fairview Heights, IL 62208
*Attorneys for Defendant*

                              /s/  Joslyn R. Sandifer
                              Joslyn R. Sandifer, #6295781
                              Sandifer & Associates, Attorneys at Law
                              Attorneys for Petitioner
                              7707 West Main Street, Suite #4
                              Belleville, IL  62223
                              Phone:  618-489-1234
                              Fax:     618-551-4855
                              Email:  JRS@sandiferlegal.com

JUN 3 0 2020

**IN THE CIRCUIT COURT**
**TWENTIETH JUDICIAL CIRCUIT**
**ST. CLAIR COUNTY, ILLINOIS**

TAMEKA LEE,                           )
                                      )
                  Plaintiff,          )
                                      )
vs.                                   )        Case No. 20-L-0349
                                      )
WALMART, INC.,                        )
                                      )
                  Defendant.          )

## PLAINTIFF'S ANSWERS TO INTERROGATORIES

TO:   WALMART, INC.

AND:  Rebecca L. Van Court, #6290952
      DeFranco & Bradley, P.C.
      141 Market Place, Suite 104
      Fairview Heights, IL 62208

**NOW COMES**, plaintiff, Tameka Lee, by and through her Attorney, Joslyn R. Sandifer,

of Sandifer & Associates, Attorneys at Law, LLC, and for its Plaintiff's Answers to Interrogatories

in accordance with the provisions of Rule 213 of the Illinois Supreme Court Rules, hereby answer

the following interrogatories under oath as follows:

1.     What is your:

         a)     full name;
         b)     all other names by which you have been known;
         c)     address;
         d)     date of birth;
         e)     place of birth;
         f)     occupation;
         g)     social security number; and
         h)     driver's license number

       ANSWER:     a.  Tameka Charnique Lee

JUN 3 0 2020

    b. Tameka Charnique Redmond (maiden name)

    c. 1759 Naughton Way
       Swansea, IL   62226

    d. DOB:

    e. St. Louis, MO

    f. Project Manager / AT&T

    g. SS#

    h. IL Driver's License –


2.    If married, what is the full name, date of birth, and place of employment of your spouse? When and where were you married?  As to any prior marriage, to whom were you married; when were you married; how did the marriage end; and what is the present name and address of any former spouse?

    ANSWER:   Samuel Henry Lee, Jr.

                    Unemployed
                    St. Louis – November 15, 2003
                    No previous marriages


3.    As to any employment you had during the ten years preceding the incident alleged in your complaint:

    a)    what is the name and address of each employer;
    b)    the date(s) of each employment;
    c)    the nature of each employment; and
    d)    the name of your supervisor(s) at each employment?

    ANSWER:   a. AT&T
                    801 Chestnut
                    St. Louis, MO   63101

                 b. 03/20/2000 – Present

                 c. Project Manager at AT&T


                 d. Supervisor – Natalya Freidman

4.    As the result of any personal injuries you claimed resulted from the incident, were you unable to work?  If so, state:

    a)    the name and address of the employer, if any, at the time of the occurrence, your wage and/or salary, and the name of your supervisor and/or floor person;

    b)    the date or inclusive dates on which you were unable to work;

    c)    the amount of wage and/or income loss claimed by you; and

    d)    the name and address of your present employer and your wage and/or salary.

ANSWER:    a. AT&T
          801 Chestnut
          St. Louis, MO   63101

          Supervisor – Natalya Freidman

        b. May 30, 2019 – July 10, 2019

        c. Salary Employee – used FMLA (paid time)

        d. AT&T (Salary - $68,000.00)
          801 Chestnut
          St. Louis, MO   63101

5.    What is the name, last known home address and present whereabouts, telephone number, employer, work address and telephone number, title and position of each person whom you or anyone acting in your behalf knows or believes:

    a)    to have been a witness to the alleged accident;

    b)    to have firsthand knowledge of the facts and circumstances of the alleged accident or of the events leading up to it or following it;

    c)    to have been within sight or hearing of the alleged incident;

    d)    to have any knowledge of conditions at the scene of the alleged incident existing prior to and/or after the accident.

ANSWER:    *Plaintiff reserves the right to supplement.*

        Samuel Henry Lee, Jr.
        1759 Naughton Way
        Swansea, IL   62226
        314-369-2161

Madisyn Lee (age 10)
1759 Naughton Way
Swansea, IL   62226

Karsyn Lee (age 5)
1759 Naughton Way
Swansea, IL   62226

6.     Have you, or has anyone acting on your behalf, obtained from any person any oral or written statement, account, report, memorandum, or testimony concerning the incident involved in this action?  If so, please state:

a)     What is the name and last known address of each person who gave the statement, account, report, memorandum or testimony;

b)     When and where each statement account, report, memorandum or testimony was made;

c)     Was it written or oral;

d)     Was it signed or witnessed?   If so, by whom was it signed or witnessed?

e)     What is the name and, address of the person who took the statement, account, report, memorandum or testimony?

f)     Who else was present at the time when any statement, account, report, memorandum or testimony was given?

ANSWER:     No

7.     Have you made any statement in any form to any person or company other than to your attorneys or your liability insurer regarding any of the events or happenings referred to in your complaint, and, if so, what is:

a)     the name and address of each person or company to whom such statements were made;

b)     the date each such statement was made;

c)     whether each statement was oral or written;

d)     the names and addresses of each person known to you or to your agents or attorneys to have present custody of such statements;

ANSWER:     D. Conklin, EMT,
O'Fallon Ambulance
P. O. Box 797066
St. Louis, MO   63179-7000
Date of Service:  06/09/2018
Written Statement

Nicholas Hilpipre, MD
Memorial Hospital – East (Emergency Room)
1404 Cross Street
Shiloh, IL   62269
Date of Service:  06/09/2018
Written Statements

Liza Alvarado, PA
Memorial Hospital – East (Emergency Room)
1404 Cross Street
Shiloh, IL   62269
Date of Service:  06/09/2018
Written Statements

Theresa M. George, DO
Memorial Hospital – East (Emergency Room)
1404 Cross Street
Shiloh, IL   62269
Date of Service:  06/09/2018
Written Statements

Kristen Massey, N CNP
Memorial Hospital – East (Emergency Room)
1404 Cross Street
Shiloh, IL   62269
Date of Service:  06/09/2018
Written Statements

Dr. Justin Colanese
Memorial Medical Group
MMG Orthopedics Sports Medicine
1414 Cross Street
Shiloh, IL   62269
Dates of Service:  06/13/2018; 07/11/2018, 07/30/2018, 09/10/2018; 12/10/2018
Written Statement

Robert Talbert, MD – MRI Report
Kristen Massey, N CNP
Memorial Hospital – Physical Therapy
4500 Memorial Drive
Belleville, IL   62226
Dates of Service:  08/07/2018 – 08/29/2018
Written Statements

John Gill, PT
Katelyn R. Kidd, PT
SSM Health (Physical Therapy)
2649 North Illinois Street
Swansea, IL   62226
Dates of Service:  02/07/2019 – 10/25/2019
Written Statements

Dr. Scott Kaar, Surgeon
SLU CARE Physicians Group
P. O. Box 18353M
St. Louis, MO   63195-8353
Dates of Service:  05/01/2019 - 05/30/2019
Written Statements

8.      Describe all injuries which you allege you suffered as a result of the incident alleged in the complaint.

ANSWER:     Dislocated right knee
              Torn ligament in right knee mpsl
              Instability – Right Knee
              Swelling, Redness, and Deformity noted of Right Knee in ambulance.
              Difficulty with standing, walking, stair climbing, carrying child, recreational activities.
              Pain when getting up out of a chair.
              Unable to put pressure on knee for kneeling or crawling.
              Buckling and intermittent paid.
              Underwent PFML Reconstruction and Patellar Realignment 05-30-19
              Walked with hinge brace and the assistance of a cane and crutches.
              Limited range of motions and weakness in right knee and leg
              Unable to drive for a period of time
              Currently still limping
              Intermittent pain while walking
              Sex life affected

9.     Please state:

a)     the names and addresses of all doctors, chiropractors, or other health care professionals who treated or examined you for your injuries as a result of the incident alleged in your complaint;

b)     the dates on which you were treated or examined;

c)     the nature of the treatment or examination;

d)     the total bills rendered by each for their treatment;

e)    if you are still receiving treatment, what doctors, chiropractors or other health care professionals are still treating you and the nature of that treatment.

ANSWER:   ***Plaintiff reserves the right to supplement medical records from 6/2019 – present.***

O'Fallon Ambulance
P. O. Box 797066
St. Louis, MO   63179-7000
Date of Service:  06/09/2018
Bill Amount:  $1078.00

Memorial Hospital – East (Emergency Room)
1404 Cross Street
Shiloh, IL   62269
Date of Service:  06/09/2018
Bill Amount:  $2456.00

Clinical Radiologist (X-Rays @ Memorial Hospital)
2040 West Isles Avenue
Suite #C
Springfield, IL   62704
Date of Service:  06/09/2018
Bill Amount:  $157.00

Alcoa Billing Center (Physician Services – Memorial Hospital East Emerg. Room)
3429 Regal Drive
Alcoa, TN   37701-3265
Date of Service:  06/09/2018
Bill Amount:  $1071.00

CVS Pharmacy (Prescription)
1801 North Illinois Street
Swansea, IL   62226
Date of Service:  06/09/2018
Bill Amount:  $2.67

DJO Global (Knee Brace and Equipment – ordered by Dr. Colanese)
651 Campus Drive
Suite #100
New Brighton, MN   55112
Date of Service:  06/13/2018
Bill Amount:  $423.70

Dr. Justin Colanese (Billed by DJO, LLC)
Memorial Medical Group
MMG Orthopedics Sports Medicine
1414 Cross Street
Shiloh, IL   62269
Date of Service:  06/13/2018
Bill Amount: $211.85

Dr. Justin Colanese (Office Visit)
Memorial Medical Group
MMG Orthopedics Sports Medicine
1414 Cross Street
Shiloh, IL   62269
Date of Service:  06/13/2018
Bill Amount: $187.00

Dr. Justin Colanese (Billed by DJO, LLC)
Memorial Medical Group
MMG Orthopedics Sports Medicine
1414 Cross Street
Shiloh, IL   62269
Date of Service:  06/13/2018
Bill Amount: $216.55

Amazon.com, Inc.
440 Terry Avenue North
Seattle, WA   98109
Date of Service:  06/21/2018
Bill Amount: $20.15

Dr. Justin Colanese (Office Visit)
Memorial Medical Group
MMG Orthopedics Sports Medicine
1414 Cross Street
Shiloh, IL   62269
Date of Service:  07/11/2018
Bill Amount: $126.00

Dr. Justin Colanese (Office Visit)
Memorial Medical Group
MMG Orthopedics Sports Medicine
1414 Cross Street
Shiloh, IL   62269
Date of Service:  07/30/2018
Bill Amount: $126.00

Dr. Justin Colanese (Office Visit)
Memorial Medical Group
MMG Orthopedics Sports Medicine
1414 Cross Street
Shiloh, IL   62269
Date of Service:  08/21/2018
Bill Amount:  $126.00

Memorial Hospital – Belleville (Physical Therapy)
4500 Memorial Drive
Belleville, IL  62226
Dates of Service:  08/07/2018 – 08/29/2018
Bill Amount:  $4059.00

Clinical Radiologist (MRI @ Memorial Hospital)
2040 West Isles Avenue
Suite #C
Springfield, IL   62704
Date of Service:  08/10/2018
Bill Amount:  $238.50

Memorial Hospital – MRI
4500 Memorial Drive
Belleville, IL   62226
Dates of Service:  08/10/2018
Bill Amount:  $2937.00

Memorial Hospital – Belleville (Physical Therapy)
4500 Memorial Drive
Belleville, IL   62226
Dates of Service:  09/05/2018 – 09/20/2018
Bill Amount:  $3457.00

Dr. Justin Colanese (Office Visit)
MMG Orthopedics Sports Medicine
1414 Cross Street
Shiloh, IL   62269
Date of Service:  09/10/2018
Bill Amount:  $126.00

Dr. Justin Colanese (Office Visit)
Memorial Medical Group
MMG Orthopedics Sports Medicine
1414 Cross Street
Shiloh, IL   62269
Date of Service:  12/10/2018 - Bill Amount:  $126.00

SSM Health (Hospital Billing Services)
St. Louis University Hospital
1145 Corporate Lake Drive
St. Louis, MO   63132
Date of Service:  12/19/2018
Bill Amount: $947.60

SSM Health (Hospital Billing Services)
St. Louis University Hospital
1145 Corporate Lake Drive
St. Louis, MO   63132
Date of Service:  01/13/2019
Bill Amount: $2533.80

SSM Health – Swansea (Physical Therapy)
2649 North Illinois Street
Swansea, IL   62226
Dates of Service:  02/07/2019 - October 25, 2019
Bill Amount: $19,224.38

SLU CARE Physicians Group (Dr. Scott Kaar)
P. O. Box 18353M
St. Louis, MO   63195-8353
Date of Service:  05/01/2019
Bill Amount: $140.00

CVS Pharmacy (Prescription)
1801 North Illinois Street
Swansea, IL   62226
Date of Service:  05/30/2019
Bill Amount: $11.21

SSM Health (Hospital Billing Services - Surgery)
St. Louis University Hospital
1145 Corporate Lake Drive
St. Louis, MO   63132
Date of Service:  05/30/2019
Bill Amount: $47,177.66

Dr. Justin Colanese (Billed by DJO, LLC)
Memorial Medical Group
MMG Orthopedics Sports Medicine
1414 Cross Street
Shiloh, IL   62269
Date of Service:  05/30/2019
Bill Amount: $735.65

SLU CARE Physicians Group (Dr. Scott Kaar – Surgery Bill)
P. O. Box 18353M
St. Louis, MO   63195-8353
Date of Service:  05/30/2019
Bill Amount: $3,585.00


DJO Global (Knee Brace and Equipment – ordered by Dr. Scott Kaar)
651 Campus Drive
Suite #100
New Brighton, MN   55112
Date of Service:  07/10/2019
Bill Amount: $216.55


10.    Were you confined to any hospital or treatment facility as a result of the injuries you claim
were a result of the occurrence alleged in the complaint?  What is:

   a)    the name and address of each hospital or facility;
   b)    the dates of your confinement to each hospital or facility;
   c)    the amount of money charged to you by each hospital or facility.

   ANSWER:  **See Answers to Interrogatory #9**


11.    Are you claiming any psychiatric, psychological and/or emotional injuries as a result of the
occurrence alleged in your complaint?  If so, state:

   a)    the name of any psychiatric, psychological and/or emotion injury
         claimed and the name and address of each psychiatric, physician,
         psychologist, therapist or other health care professional rendering
         you treatment for each claimed injury;
   b)    whether you suffered any psychiatric, psychological and/or
         emotional injury or condition before the date of the occurrence
         alleged in your complaint; and
   c)    if (b) is in the affirmative, then state when and the nature of any
         psychiatric, psychological and/or emotional injury, and the name
         and address of each psychiatrist, physician, psychologist, therapist
         or other health care professional rendering you treatment of injury
         or condition.

   ANSWER:

       Client did not seek professional help, however, there was an emotional and psychological
personal aspects to falling and having a significant injury such as this.  Client was unable to pickup

and carry her daughter who was 2 year old at the time of the accident. Additionally, her sex life significantly changed with the current and long-term pain from this accident. She has not been able to exercise and perform many household duties. This injury has created limited recreational activities with her spouse, family and friends.

12.     Have you ever filed any other claim, lawsuit, or worker's compensation claims, for your own personal injuries? If so, in what court or forum was it filed, or, in the case of a claim that did not get filed, to which adjuster, insurer, or company was it submitted? What was the title and docket number? What parts of your body did you allege were injured? Did you claim, by pleading, filing, demand letter, or otherwise, that any of your injuries were permanent, prolonged, serious and/or permanently or chronically limited or restricted your activities?

          ANSWER:     No

13.     Were any photographs or drawings taken or made of any matter or condition pertaining to the alleged incident or your claimed damages? If so, please state:

          a)     what is the number of photographs or drawings taken or made;
          b)     by whom were the photographs or drawings taken or made;
          c)     what matter or condition does each purport to show;
          d)     when were the photographs or drawings taken; and
          e)     who has possession of each of the photographs or drawings at the
                 present time?

          ANSWER:

          a.     **Four (4) Photographs Attached**

          b.     **Exhibit 1-3 three (3) photos taken on 06/09/18 by plaintiff's spouse; Exhibit 4 taken by client.**

          c.     **Exhibit 1-3 demonstrating client on the floor at Walmart Store after the fall.; Exhibit 4 demonstrates client icing right knee after the fall.**

          d.     **Exhibits 1-4 all taken on 6/9/2018.**

          e.     **Photos in custody:  Joslyn R. Sandifer, Plaintiff's Attorney**
                 **Sandifer & Associates, Attorneys at Law, LLC**
                 **7008 West Main Street**
                 **Belleville, IL   62223**

14.     In accordance with 735 ILCS 5/2-604, what is the amount of damages which plaintiff is seeking in this lawsuit?  Of the total amount of damages, what amount are you seeking for wage loss, past and future, or other economic loss?  What amount are you seeking for non-economic loss?

ANSWER:     **Objection – settlement talk is inadmissible during discovery.**

15.     What is the total amount of plaintiff's alleged medical costs incurred to date?  For each medical bill, what is the date of service, name of the provider of the service, nature of the service, and total amount of the bill?

**ANSWER:  Plaintiff reserves the right to supplement billing records from 06/01/2019 – present.**

| Date of Service | Provider | Nature of Service | Total Amount of Bill |
|---|---|---|---|
| 06/09/2018 | O'Fallon Ambulance | Ambulance Service | $1,078.00 |
| 06/09/2018 | Memorial Hospital | Emergency Room | $2,456.00 |
| 06/09/2018 | Clinical Radiologist | X-Rays | $158.00 |
| 06/09/2018 | Alcoa Billing | ER Physicians | $1071.00 |
| 06/09/2018 | CVS Pharmacy | Pharmacy | $2.67 |
| 06/13/2018 | DJO Global | Knee Brace/Equip. | $423.70 |
| 06/13/2018 | DJO Global | Knee Brace/Equip. | $211.85 |
| 06/13/2018 | Dr. Justin Colanese | Office Visit | $187.00 |
| 06/21/2018 | Amazon.com | Walking Cane | $20.15 |
| 07/11/2018 | Dr. Justin Colanese | Office Visit | $126.00 |
| 07/30/2018 | Dr. Justin Colanese | Office Visit | $126.00 |
| 08/07/2018-08/29/2018 | Memorial Hospital | Physical Therapy | $4059.00 |
| 08/10/2018 | Clinical Radiologist | MRI @ Memorial | $238.50 |
| 08/10/2018 | Memorial Hospital | MRI | $2937.00 |

| | | | |
|---|---|---|---|
| 08/21/2018 | Dr. Justin Colanese | Office Visit | $126.00 |
| 09/05/2018-09/20/2018 | Memorial Hospital | Physical Therapy | $3457.00 |
| 09/10/2018 | Dr. Justin Colanese | Office Visit | $126.00 |
| 12/10/2018 | Dr. Justin Colanese | Office Visit | $126.00 |
| 12/19/2018 | SSM Health | Hospital Services | $947.60 |
| 01/13/2019 | SSM Health | Hospital Services | $2533.80 |
| 02/07/19-10/25/19 | SSM Health | Physical Therapy | $19,224.39 |
| 05/01/2019 | SLU Care Physicians | Physicians Billing | $140.00 |
| 05/30/2019 | DJO LLC | Knee/Brace Equip. | $735.65 |
| 05/30/2019 | CVS Pharmacy | Pharmacy | $11.21 |
| 05/30/2019 | SSM Health | Hospital Billing | $47,177.66 |
| 05/30/2019 | SLU Care Physicians | Physicians Billing | $3585.00 |
| 07/10/2019 | DJO LLC | Knee/Brace Equip. | $216.55 |
| | | | |
| | | **Total** | **$91,501.73** |
| | | | |

16.     Have you, as a result of the incident alleged in the complaint, any claims for expenses not mentioned elsewhere in answer to these interrogatories? If so, what is the amount of each expense, the name and address of the person making the charge for each such expense, and the purpose for each expense?

ANSWER:     Plaintiff reserves the right to supplement.
Mileage for all Dr. Appointments, Physical Therapy, and Hospital visits.

17.    Have you received or agreed to accept from any person or company any amount of money in settlement of any claims you may have as a result of the incident alleged in your complaint?  If so, what is the name and address of each person or company, the date of each settlement, and the amount of each settlement?

      ANSWER:    No


18.    Other than the names and addresses listed elsewhere in your answers to these interrogatories, what is the name and address of each person who has knowledge of the facts of the incident in question or of your claimed injuries or damages?

      ANSWER:    None


19.    Have you ever been convicted of a felony or misdemeanor?  If so, please state:

      a)    the nature of the crime;
      b)    the date of conviction;
      c)    the county and state of the court in which the conviction occurred;
      d)    sentence imposed.

      ANSWER:    No


20.    Before the date of the accident alleged in your complaint, did you have any illness or injury to the parts of your body you claim were injured as a result of the accident alleged in your complaint?  If so, what is the nature of each such illness or injury, the part of the body affected, the date the illness began or injury occurred, and the treatment received for each such illness or injury.

      ANSWER:    In September of 2017, client stepped off a porch and twisted her right knee Was seen by Dr. Colanese and received physical therapy.

21.    Either before or after the date of the accident alleged in your complaint, did you have or allege to have had any illness, injury, or condition that limited or restricted your activities chronically, permanently, or for a prolonged period of time?  If so, what is the nature of the illness, injury, or condition, the doctor, chiropractor, or other health care professional that diagnosed and/or treated the illness, injury, or condition, and the limitations or restrictions placed upon you, and the duration of that limitation?

ANSWER:    No

22.     Has plaintiff ever been restricted or banned from any Wal-Mart or Sam's Club property including, but not limited to, banned or received a Notification of Restriction from Property due to theft from said store?  If so, what is the name of the store where the incident occurred, the date of incident, and the nature of the restriction or ban?  Were any criminal charges filed as a result of the incident?  If so, where were the charges filed, what was the caption and case number, what were the charges, and what was the final disposition of the criminal charge?

ANSWER:     No

23.     Have you ever filed for bankruptcy, and if so, what is:
        (a)     The date(s) you filed for bankruptcy;
        (b)     The court(s) in which you filed for bankruptcy; and
        (c)     The outcome or resolution of your petition(s) for bankruptcy.

ANSWER:     No

24.     Are you or have you ever been a Medicare or Medicaid recipient?  If your answer is in the negative, do you anticipate becoming a Medicare or Medicaid recipient in the next 24 months?  If your answer is in the affirmative, please state the following:

        (a)     Legal last name;
        (b)     Legal first name;
        (c)     Legal middle initial;
        (d)     Gender;
        (e)     Medicare health insurance claim number or Social Security number;
        (f)     Recipient's date of birth; and
        (g)     Date of occurrence described in your petition.

ANSWER:     No

25.     If the answer to the foregoing interrogatory is for a minor or disabled adult, or for any other reason has a guardian, custodian, conservator or other person who makes his/her medical decisions, please provide the name of the guardian, custodian, conservator or other person who makes the medical decisions for the minor, disabled adult, or other Medicare recipient.

        *Please be advised that, pursuant to federal law, this question must be answered in its entirety or the insurer will not be able to issue payments out on this claim.  If, while this claim is pending, plaintiff, petitioner, plaintiff's decedent, or the minor or disabled adult for which a claim of injury is advanced in this lawsuit becomes a Medicare recipient, please update this interrogatory immediately.*

ANSWER:     N/A

26.     Have you ever applied for or received disability benefits?  If so, please state:

    (a)     date of the application;
    (b)     disabilities listed on the application;
    (c)     whether the application was granted;
    (d)     dates that benefits were received; and
    (e)     amount received per month.

ANSWER:   a.  Short term disability paid 6/6/2019 – 07/10/2019
          b.  Knee surgery
          c.  Application Granted
          d.  06/06/2019 – 07/10/2019
          e.  Salary - $68,000.00


27.     Pursuant to Illinois Supreme Court Rule 213(f), provide the name and address of each witness who will testify at trial and as to each please categorize them in the following categories:

    a)     Lay witnesses.  As to each lay witness identify the subjects on which the witness will testify including your knowledge of the facts known by and opinions held by the witness.

    b)     Independent expert witnesses.  As to each independent expert witness identify the subjects on which the witness will testify and the opinions you expect to elicit.

    c)     Controlled expert witnesses.  As to each controlled expert witness identify:

        i.     The subject matter under which the witness will testify;
        ii.    The conclusions and opinions of the witness and the bases therefore;
        iii.   The qualifications of the witness; and
        iv.    Any reports prepared by the witness about the case.

ANSWER:     ***Plaintiff reserves the right to supplement***.


### a)  LAY WITNESSES

**Tameka Lee**

The plaintiff will testify as to the facts of the occurrence, liability, causation, and her damages.  The plaintiff will testify as to her observations on the day of the occurrence of the scene of the accident, and all other facts that may relate to the liability on the part of the defendant.  The plaintiff will testify as to all conversations she had with the defendant's employees, including all conversations she overheard made by the defendant's employees.  The plaintiff will testify as to all circumstances leading up to the accident. The plaintiff will testify about her employment at the time of the occurrence.

The plaintiff will also testify as to her past and future; medical treatment, medical expenses, pain and suffering, disability and disfigurement, and loss of enjoyment of a normal life. The plaintiff will testify consistent with her discovery depositions given in this cause.

### Samuel Henry Lee

This witness will testify as to the facts of the occurrence, liability, causation, and damages. He will testify as to his observations on the day of the occurrence of the scene of the accident, and all other facts that may relate to the liability on the part of the defendant. Mr. Lee will testify as to all conversations he had with the defendant's employees, including all conversations he overheard made by the defendant's employees. Mr. Lee will testify as to all circumstances leading up to the accident. Mr. Lee will also testify as to his wife's past medical treatments, medical expenses, pain and suffering, disability and disfigurement, and loss of enjoyment of a normal life.

### b)   INDEPENDENT EXPERT WITNESSES

### D. Conklin, EMT

This witness may be called to testify regarding plaintiff's prognosis, medical treatment in the O'Fallon Ambulance, and the etiology, diagnosis, medical history, and causation to a reasonable degree of certainty.

### Nicholas Hilpipre, MD

This witness may be called to testify regarding plaintiff's prognosis, medical treatment at the Memorial Hospital-East Emergency Room, and the etiology, diagnosis, medical history, and causation to a reasonable degree of certainty.

### Liza Alvarado, PA

This witness may be called to testify regarding plaintiff's prognosis, medical treatment at the Memorial Hospital-East Emergency Room, and the etiology, diagnosis, medical history, and causation to a reasonable degree of certainty.

### Theresa M. George, DO

This witness may be called to testify regarding plaintiff's prognosis, medical treatment at the Memorial Hospital-East Emergency Room, and the etiology, diagnosis, medical history, and causation to a reasonable degree of certainty.

**Kristen Massey, N CNP**

This witness may be called to testify regarding plaintiff's prognosis, medical treatment at the Memorial Hospital-East Emergency Room, and the etiology, diagnosis, medical history, and causation to a reasonable degree of certainty.

**Dr. Justin Colanese**

This witness may be called to testify regarding plaintiff's prognosis, medical treatment at the Memorial Medical Group Orthopedics Sports Medicine, and the etiology, diagnosis, medical history, and causation to a reasonable degree of certainty.

**Robert Talbert, MD**

This witness may be called to testify regarding plaintiff's prognosis, medical treatment and MRI Report at the Memorial Hospital-Belleville, and the etiology, diagnosis, medical history, and causation to a reasonable degree of certainty.

**Kristen Massey, N CNP**

This witness may be called to testify regarding plaintiff's prognosis, medical treatment and Physical Therapy at the Memorial Hospital-Belleville, and the etiology, diagnosis, medical history, and causation to a reasonable degree of certainty.

**John Gill, PT**

This witness may be called to testify regarding plaintiff's prognosis, medical treatment and Physical Therapy at SSM Health, and the etiology, diagnosis, medical history, and causation to a reasonable degree of certainty.

**Katelyn R. Kidd, PT**

This witness may be called to testify regarding plaintiff's prognosis, medical treatment and Physical Therapy at SSM Health, and the etiology, diagnosis, medical history, and causation to a reasonable degree of certainty.

**Dr. Scott Kaar, Surgeon**

This witness may be called to testify regarding plaintiff's prognosis, medical treatment and Physical Therapy at SLU Care Physicians Group, and the etiology, diagnosis, medical history, and causation to a reasonable degree of certainty.

### c. __INDEPENDENT EXPERT WITNESSES__

__ANSWER__: *Plaintiff reserves the right to supplement*.

Respectfully Submitted,

__/s/  TAMEKA LEE, PLAINTIFF__

By:     /s/   Joslyn R. Sandifer

__PREPARED BY__:

Joslyn R. Sandifer, #6295781
Maurche' H. Belk, #6322410
Attorneys for Plaintiff
SANDIFER & ASSOCIATES, Attorney's at Law, LLC
7008 West Main Street
Belleville, IL   62223
Phone:  (618) 489-1234
Fax:      (618) 551-4855
Email:  JRS@sandiferlegal.com;  MHB@sandiferlegal.com

## ATTESTATION

STATE OF ILLINOIS            )

                                 )

COUNTY OF _St. Clair_       )

      I, _____Tameka Lee_____, of lawful age, being duly sworn upon his oath, states

that the above and foregoing answers to Defendant's Interrogatories are true to the best

of his knowledge, information, and belief.

_Tameka Lee_

Subscribed and sworn to before me this __29__ day of __June__, 2020.

**"OFFICIAL SEAL"**
**ANGELA T PARKS**
Notary Public - State of Illinois
My Commission Expires July 22, 2020

Notary Public

My commission expires: _July 22, 2020_

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

TAMEKA LEE,                              )
                                         )
              Plaintiff,                 )
                                         )
vs.                                      )          Case No. 20-L-0349
                                         )
WALMART, INC.,                           )
                                         )
              Defendant.                 )

## REQUEST FOR PRODUCTION

**NOW COMES**, plaintiff, Tameka Lee, by and through her Attorney, Joslyn R. Sandifer, of Sandifer & Associates, Attorneys at Law, LLC, and in accordance with the provisions pursuant to the  Illinois Supreme Court Rules, hereby submit and produce the following materials for inspection, copying or reproduction to Defendant, Walmart, Inc.


1)       All non-privileged statements of persons having knowledge of the facts relating to the occurrence described in plaintiff's complaint, whether such statement is oral or written, signed or unsigned, or transcribed, taken by or in the possession of the plaintiff or plaintiff's agents, investigators, and attorneys.

**RESPONSE:  Plaintiff reserves the right to supplement - Incident Report**


2)       All medical records and reports, from any doctor, hospital, or other health care professional, in the possession of plaintiff or plaintiff's agents, investigators, and attorneys which pertain to plaintiff.

**RESPONSE:   See Attached**

3)      All photographs, diagrams, plans, sketches and/or specifications of the scene of the

occurrence in question plaintiff's claimed injuries, or any other relevant item.

**RESPONSE:  See Attached**


4)      Plaintiff's federal and state income tax returns, including all W-2 forms, schedules,

supporting documents, and attachments, for the five years preceding the date of the

occurrence alleged in your complaint to the present date.

**RESPONSE:  See Attached**


5)      All diaries, notes, e-mails, correspondence, computer entries, or other writings or

recordings kept by plaintiff concerning the incident alleged in plaintiff's complaint

or the injuries or damages allegedly sustained as a result of the incident.

**RESPONSE:    None**


6)      If plaintiff is claiming a loss of income or earning capacity as a result of the incident

alleged in plaintiff's complaint, all records which refer or relate in any manner to

attempts by plaintiff to return to work or find alternative work, including applications

for employment, resumes, or letters to perspective employers, records of vocational

rehabilitation counseling or any written request for assistance in finding work.

**RESPONSE:   See FMLA and Employee Attendance Records**

7)    All documents which you claim substantiate any element of damages alleged in your complaint.

**RESPONSE:**

**See Medical Reports  (See RFP #2)**

**See Medical Bills      (See Attached)**

**See Complaint         (See Attached)**

**See Incident Report   (*Plaintiff reserves the right to supplement.*)**

**See Photographs       (See RFP #3)**

**See FMLA documents (See Attached)**

8)    An executed copy of each and every authorization attached to this Request for Production.  (If plaintiff provides an executed copy of the authorizations attached hereto, a copy of the records collected pursuant to the authorizations will be provided to counsel for plaintiff at no expense).

**RESPONSE: See attached consent and authorizations**

9)    Any applications submitted to any insurer, government agency, or any other entity for disability insurance or benefits together with all medical records and other documents submitted in support of the claim.

**RESPONSE:    See Attached (FMLA)**

10)   All complaints, petitions, or applications for adjustments of claims in which plaintiff asserted any claim for disability or loss of a normal life.

**RESPONSE:   See Attached Complaint**

11)   Any and all documents, photographs, or writings posted to or obtained from any social media site regarding the incident, the lawsuit at issue, any injuries alleged by plaintiff or relating to any information relating to defendant or its employees, including, but not limited to, Facebook, Twitter, Instagram, Linked-In, etc.

**RESPONSE:   N/A**


**Plaintiff is further requested to furnish an affidavit stating whether this production is complete in accordance with this request pursuant to Illinois Supreme Court Rule 214.**

**RESPONSE:   See Attached**


SANDIFER & ASSOCIATES, ATTORNEYS AT LAW


By /s/  Joslyn R. Sandifer
       Joslyn R. Sandifer, #6295781
       Maurche' H. Belk, #6322410
       7008 West Main Street
       Belleville, IL   62223
       (618) 489-1234 (Phone)
       (618) 551-4855 (Fax)
       Email:  JRS@sandiferlegal.com
       Email: MHB@sandiferlegal.com
       ***ATTORNEYS FOR PLAINTIFF***